IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

2007 JAN 19 · A · 9: 44

ANTHONY GRAY, PLAINTIFF
ERIC SPURLING, PLAINTIFF,
ROBERT CAASEY, PLAINTIFF
RON HARRIS, PLAINTIFF

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

COMPLAINT
CIVIL ACTION NO: 2:07CV060-ID
[SUPPLIED BY CLERK]

VS.

INEZ ALEXANDER, ARRESTING OFFICER
Veronica STRINGER, ARRESTING OFFICER
CAROLYN LONGMIRE, HEARING OFFICER
            GORDON, HEARING OFFICER
J.C. GILES,      WARDEN I.
AMMIE SCREWS, ARRESTING OFFICER
GLORIA WHELLER, ARRESTING OFFICER
LT.MARY TAYLOR, HEARING OFFICER

**DEMAND FOR JURY TRIAL**

## I. JURISDICTION AND VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the
   deprivation , under color of state law, or rights secured by the Constitution
   of the United States.The Court has jurisdiction under U.S.C. Section 1331 and
   1343 (a)(3).Plaintiffs seeks declatory relief pursuant to U.S.C. §28 and
   section 1331 and 1343 (a)(3).Plaintiff claim for injunctive relief are
   authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules
   of Civil procedures.

2. The Middle Distrcit of Alabama is an appropriate venue under 28 U.S.C. Section
   1391(b)(2) because it is where the events giving rise to this claim occured.

## II. PLAINTIFFS

3. Plaintiff, Anthony Gray,and Eric Spurling, is and was at all times mentioned
   herein a prisoner of the state of Alabama in the custody of the Alabama
   Department of Corrections.They are currently confined in the Ventress Correctional
   Facility in Clayton,Alabama.

4. Defendant Inez Alexander,is and was the arresting officer for plaintiff
   Gray,and is a C.O. I., for the Department of Corrections.

5. Defendant Veronica Stringer, is and was the arresting officer for plaintiff
   Spurling, and is a C.O. I, for the Department of Corrections.

6. Defendant Carolyn Longmire, is a Sgt.(Shift Supervisor) herein the Ventress
   Correctional Facility,and acted as the hearing officer for the plaintiff
   Gray.

7. Defendant        Gordon, is a Sgt.(Shift supervisor) herein the Ventress
   Correctional Facility,and acted as the hearing officer for the plaintiff
   Spurling.

8. Defendant J.C.Giles, is the Acting Warden herein the Ventress Correctional
   Facility,and was the same at the time of the alleged violation of the plaintiffs
   constitutional rights.

9. Defendant Ammie Screws, is and was the arresting officer for plaintiff Casey,
   and is a C.O. I, for the Department of Corrections.

10. Defendant Gloria Wheeler is and was the arresting Officer for plaintiff
    Harris,and is  a C.O. I, for the Department of Corrections.

11. Defendant Lt. Mary Taylor is and was the hearing officer for the plaintiff
    Harris,and is the Administration Lt. herein the Ventress CorrectionalFacility.

2.

CLAIM # 1

VIOLATION OF BODILY PRIVACY UNDER THE 4th AMENDMENT

-FACTS OF CLAIM -

On April 17,2006, at approximately 11:44 Am plaintiff Gray was returning

back from chow call and upon inmate (plaintiff) Gray entering Dormitory 7,the

Defendant Inez Alexander stoped the plaintiff and told the plaintiff to stand to

the side of the cubicle door until the lobby of the dormitory clears out.

Once the lobby cleared out she stated "What were you doing this morning at

the urinal", whereupon then the plaintiff stated what are you talking about?

After that was said Defendant stated that "don't worry Im' gonna check your

institutional jacket (file) and you can leave'.' Plaintiff then stated go ahead

and do what you gotta do!

The next morning plaintiff was called to the cubicle by officer Starks

where he was told to go and see what Mrs. Alexander (defendant) want with you.

Upon Plaintiff Gray going too see what defendant Alexander wanted she shouted

to the top of her voice "I want you too know that I handled that

.Plaintiff Gray then stated handled what? Defendant Alexander then

stated "dont worry you'll see.'

Approximately 10 minutes later Plaintiff Gray was called to the shift office

and served a copy of a displinary.The shift office clerk gave the copy of the

displinary to Defendant Sgt. Carolyn Longmire,whereupon the Defendant Longmire

gave the papers to another officer Ms. Felicia Williams C.O. I. whereupon the

plaintiff was told by Defendant Longmire to go have a seat on the bench in the

lobby.

Three says later on April 20,2006, between 8:30 a.m. and 9:10 a.m. the

defendant Carolyn Longmire came to the Dormitory 7-B to do a Segregation chart

and as she was walking through the dorm she saw plaintiff Gray you will be having

displinary hearing in a few minutes.

3.

Once 10:00 came around, plaintiff Gray told his treatment counselor the reason for not having displinary court which was the defendant Alexander did not come to work that day or for the next day and inmate (plaintiff) Gray was not served a extension for the hearing as required by the Department of Corrections Operations Procedures.

Prior to this incident the plaintiff (Gray) and Defendant Alexander got into a verbal altercation, due to the fact that officer Alexander use to bring plaintiff Gray food from home, and other items that were [n]ot allowed into the institution and in return for the favor inmate plaintiff Gray used to return the same favors

for officer (defendant) Alexander and after this stopped that is when the retaliation started between the defendant and the plaintiff.
retaliation began.

Upon the incident happening defendant Alexander stated that you knew better than to be in the bathroom mastubating on me when the dorm was occupied by other officers. Specifically she was talking about the male officers that had been in and out of the dormitory that day which one just happen to come up at the time that the plaintiff allegedly committed the act accused of by the defendant Alexander.

Inmate (plaintiff Gray) stated to the defendant that "you know that I was not gunning you down" and why are you doing this too me, too which she replied taht it doesn't matter if I was standing there watching you but one of my co-workers walked in and I was not about to be put on the spot by one inmate in front of my co-workers because everyone knows that you all always are trying to gunn us females down.

Inmate Gray asked defendant Alexander why didn't she ask for the I.D. card at the time of the alleged incident instead of waiting 1½ hours later to call him and report the incident to which she replied I had to see what my co-worker was gonna say and I have to up-hold my reputation in here, and besides who do you think the supervisor is gonna believe me, you, or the witnesses you have?

4.

Prior to the incident Inmate (plaintiff Gray ) had a verbal and nearly physical incident with Mrs. Alexander's nephew which was also a inmate at the time located in the same dormitory,and plaintiff Gray asked her  (officer Alexander) was he being retaliated against to which she replied that does it matters?

After she answered inmate Gray question in a derogatory manner inmate Gray told her that this is retribution and that I know that you have been doing this for years havent you?Defendant Alexander said doing what for years? Plaintiff Gray stated that you have been subjecting inmates to harsh and severe punishment form you supervisors after you are caught to be in the wrong by letting inmate mastubate for you and off of you just like the time that you took that money from that inmate for a period of (2) years, and then had told the inmate that you and he would "Hook up" after he got out, but upon the inmate being released $Co./$  Alexander allowed the inmate to visit her at her home and she did not uphold her end of the proposition, and the inmate assaulted her to which she had the inmate arrested and the inmate was released after the police and the Department of Corrections investigated and found that you (defendant Alexander) had taken the inmate money over a period of years and after the inmate wanted the service for his money you did'nt provide it and then you tried to get him in trouble just like you do us inmates in here.

After this was related to (defendant Alexander) she blew a fuse and told inmate Gray that he would be found guilty of this last infraction and regardless if she had to lie which she would that he would be found guilty!She then said regardless of what I did it was my business and your ass is going to be written up now get out my face.

5.

14th AMENDMENT VIOLATION (DUE PROCESS EQUAL PROTECTION)

Plaintiff Gray avers that upon he asking to present witnesses in his defense that Sgt Longmire stated to him that it would not do him any good because he was gonna be found guilty anyway so therefore he would not need any.

However, plaintiff gray avers that his due process under the 14th Amendment of the United States Constitution was violated when the hearing failed to ask all of the question that he wanted presented because the hearing officer (Sgt Longmire) the defendant, stated that the questions that he wanted asked was irrellivant to the fact of whether he was guilty or not because all she needed was her offier word.

Also based on the hearing officer's finding of facts to which she concluded that Plaintiff Gray was guilty of violating Administrartion Rule "38" specifically Indicent Exposure, the hearing officer finding did not state that based upon offier (Sgt Longmire) findings that plaintiff Gray penis was only exposed,and that was because he was standing at the urinal,and common sense would have told her that plaintiff Gray had to expose his penis,but under the Administration Rules and regulation of the Department to be found guilty of A Rule violation #38 one penis **"must be exposed and erect,and that the inmate must be stroking his exposed and erect  penis while looking directly at the officer while mastubating" Admin. Rule 38.**

Based upon the hearing officer testimony and finding of facts there was absolutely no way that inmate Gray could be found guilty of that violation because his penis was not erect,and he was not looking at Defendant Alexander while he was urinating which must be proven by the arresting officer and the evcidence which there was none except the defendant Alexander word of what had transpired between the inamte and the officer.

Inmate Gray contend that the displinary that was written by the defendant Alexander was so to speak an indictment to which he had to be put on trial for inside the institution and that every element of that [i]ndictment had to be

Proven beyond a reasonable doubt to thehearing officer by the evidence, and the testimony and the finding of facts of the hearing officer which the defendant (Sgt. Carolyn Longmire)only found that inmate Gray had only exposed his penis,and it was not erect as needed to be as stated by the Admin.403 regulation to find inmate Gray guilty of that particular Offense of violation of a Rule #38,and based upon the defendant Longmire finding of facts there was not sufficient evidence nor testimony to find him guilty of that offense.

Thus based upon this his due process was violated by the defendant (sgt. Carolyn Longmire.) Furthermore inmate Gray had relayed information to the hearing officer that he had previously had surgery on his penis which was verified by his institutional medical files, which he had asked the hearing to include as a defense to his accusation but the hearing officer stated that regardless of what evidence he submitted he would still be found guilty simply because the inmates have a code to stick together, as well as the officers have a code to do the same regardless of right or wrong.

As evidence to the claims that is being presented by the plaintiff the plaintiff asked that the hearing officer include a copy of his medical files , and the Department of Correction Administration Rule 403.Under the Rule 403 Section IV, J., that section actually states that:

> The hearing officer may determine that the violation charged has not been proven, but that a lesser included similar offense has been proven.A lesser included violation is defined as being a violation in which some but not all of the elements of proof of teh originally charged violations are present.

As in the case here the evidence was not thereto which the hearinig officer could have found have inmate Gray guilty of that particular offense .

As to the remainder of the plaintiff claims,the plaintiffs alleges that the defendants violated their constitutional rights under the 14th Amendment of the United States Constitution by not asking the relevant questions to the arresting officers that were at the hearings,nor swearing the officers to tell the truth as to the testimony that they were about too give as to the questions that the plaintiffs had asked.

Also the plaintiffs,alleges that the hearing officers disregarded the evidence presented by the plaintiffs,and that the arresting officers supplied no physical evidence whatsoever as to support the allegations of the charge to which they charged the plaintiff's of violating.

The plaintiffs, also alleges that at the times of their hearing the Alabama department of Corrections Admin. Regulation #403 requires that the hearing officer excuses everyone from the hearing upon the hearing officer considering all the evidence that was presented but at no time did the hearing officers excuse the defendants only the plaintiffs were asked to leave the room and the hearing officers and the arresting officers stayed in the hearing room to deliberate over the evidence to which there was no physical evidence to support the allegations of the defendants, nor was there any other witnesses to the alleged acts of the plaintiffs other than the hearing officers themselves to which the palintiff's alleges that at times most of the female officers would seduce them to mastubate then upon being discoveered being unprofessional by their male co-workers they would file false Rule violation #38 accusing the palintiff's of indecent exposure which would cause the male officers to "jump on" the plaintiff's by using the metal batons to physical assault the plaintiff's after the defendant's (arresting officers) have lied on the plaintiffs.

As for defendant Wheeler plaintiff Harris avers that he was standing over a distant of 155 yards from the defendant and she alleges that she saw him expose himself to her while sitting in front of the institution infirmary along with several other inmates inwhich he asked her in his question to the defendant

Lt.Mary Taylor, did she wear glasses, to whichshe said yes she did,and he also asked could there be any possible way that she could see over a hundred yards without her glasses on because she stated to the hearing officer that on that particular day of the allegded incident that she had left her glasses at home and was not wearing them at the time,and therefore the plaintiff stated to the hearing that there was no proper way that plaintiff Wheeler could have seen him doing anything that far ,and without her glasses.

Lt. taylor falsified the plaintiff statement at the hearing even after the plaintiff told the truth,and the defendant stated to the hearing officer that he (plaintiffHarris) had previously done [this] before to which she was referring to mastubate on defendant Wheeler, but that [s]he had allowed him to get away with that act that day because it was late in the day and that [s]he had taken the paperwork home with her and forgotton to write him up.

Plaintiff Harris alleges that he told the hearing officer Taylor that if that was true then defendant Wheeler had up to 14 days to commence action toward him if in fact she had caught him in the act of mastubating, to which he stated that proved that the officer(s) and the included defendants (arresting officers) allow the inmates to mastubate on them upon enticing,seducing,and propositioning them to do these lewd and [illegal] acts and once they are discovered by the male officers at the institution they retaliate by writing the false displanary reports to which the  inmates take the blame for the immoral and unprofessional acts of the defendants .

Plaintiff Harris asked the hearing officer Lt. Mary Taylor to ask the defendant Gloria Wheeler if he had done this before then why didn't she write the incident up the remaining days she had to write it up before the time expired to which the hearing officer stated that it's illrelivent  to what I'm talking about.

However, the hearing officer tayolr stated that My co-workers words are all that matters when I'm holding a hearing

9.

EXAUSTION OF LEGAL REMEDIES

12. The plaintiffs used the only available legal greviance procedue available through
    the institutional justice system to try and resolve this problem.The plaintiff's
contacted the Warden to explain to him that the female officers had in fact started
to write false displinaries and file false reports on them after the female
officers were caught by their male co-workers acting very unprofessional, in their
job performances,and as of the date of this complaint and lawsuit,the Warden Giles
have yet to address the complaint of the plaintiff,or to reprimand the female
officers for their unprofessionalism in their job performance.

13. Plaintiff's realleg and incoporate by reference paragraphs 1-12.

14. The filing of the fasle displinary reports,and the plaintiffs being placed
    in segregation,loss of good time and visitation priviliges as well as canteen
    priviledges,and phone priviledges constituted a violation of the plaintiff's
    constitutional rights under the 14th Amendment of the U.S. Constitution.

15. The plaintiff's has no plain,adequate,or complete remedy at law to redress the
    wrongs described herein.plaintiff's just has been and will continue to be
    irreparably injured by the consuct of the defendants unless this court grant
    the declatory,and injunctive relief **plaintiff's** seeks.

**WHEREFORE,** PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT

GRANTING RELIEF ON:

15. A declaration that the acts and omissions described herein violated plaintiff's

rights under the constitution and laws of the United States.


**16.** A preliminary injunction, and a permanent injunction ordering the defendant

J.C. Giles to expunge the false displinaries from the plaintiffs institutional

files, and for the Defendant J.C. Giles to install a partition in the bathroom

at the urinals in the dormitories so that the female officers cannot have a

direct view of the male genitals to whichcause the males to be placed in

jeopardy of being lied on by the female officers but will by no means block

the viewing of the officers for the purpose of security viewing, or in lieu

of the above assign the female officers to areas where they cannot view the males

nude while using the toilets, urinals, or in the showers while the males are

showering. Plaintiff's also seek injunctive relief in the form of the next

displinary for a Rule violation #38 that any of the female officers file

herein the Ventress Correctional Facility, that the complaint must be supported

by some form of physical evidence to be supplied to the hearing officer ,

not just the word of the arresting officer without supporting evidence


17. Compensatory damages in the amount of 100.00 against each defendant for the

cost of aid in litigation of the suit, postage, and copies.


18. Punitive damages in the amount of $100.00 against each defendant to stop

the filing of false displinaries, resulting in physical assaults on the

inmates, and the inmates loss of priviledges.


19. A JURY TRIAL ON ALL ISSUES TRIABLE BY A JURY.

20. Plaintiff's cost in this suit.

21. Any additional relief this court deems just and proper and equitable.

Dated: _Jan 4/07_____

Respectfully Submitted,

_Anthony Gray jr._____ x

_Eric Spurling_____

_Robert Casey_____

_____

VERIFICATION

    I have read the foregoing complaint and hereby verify that the matters that are alleged therein are true,except as to the matter alleged on infirmation and belief,as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed in Clayton,Alabama on January 1,2007

Anthony Gray

Eric Spurling

Robert CAsey

Ron Harris

12.



Anthony Gray Sr. #1640222
13 Dorm H- Bed 14A
P.O. Box 767
Clayton, Al
MONTGOMERY, AL 361
13
2007

36016

Ms. Debra Hackett
Office of the
United States
P.O. Box
Montgomery, Al

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STAFF PPISON THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Anthony Gray Sr. 196022 )
_____ )        2007 JAN 19  A 9: 41
Full name and prison number  )
of plaintiff(s)              )        DEBRA P. HACKETT, CLK
                             )        U.S. DISTRICT COURT
                             )        MIDDLE DISTRICT ALA
v.                           )        CIVIL ACTION NO.
                             )        (To be supplied by Clerk of
J.C. Giles                   )         U.S. District Court)
_____ )
CO.1 Inez Alexander          )
_____ )
Sgt. Carolyn Longmire        )
_____ )
                             )
_____ )
                             )
Name of person(s) who violated )
your constitutional rights.  )
(List the names of all the   )
persons.)                    )


I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES ( ✓ )  NO (    )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( ✓ )  NO (    )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s)  Inez Alexander _____

               _____

               Defendant(s)  Anthony Gray Sr. 196022 _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county)  Middle District

               Court of Alabama _____

3.  Docket number _2:06-CV-749-ID_

4.  Name of judge to whom case was assigned _____
    _Honorable Susan Ross Walker_

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

    _____

6.  Approximate date of filing lawsuit _August 25th 2006_

7.  Approximate date of disposition _October 2006_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility_
    _P.O. Box 767, Clayton, Alabama 36016_

    PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
    _Ventress Correctional Facility, P.O. Box 767, Clayton Al 36016_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
    NAME                          ADDRESS

    1. _Warden J.C. Giles    V.C.F  P.O. Box 767 Clayton, Al 36016_

    2. _Carolyn Longmine    V.C.F  P.O. Box 767 Clayton, Al 36016_

    3. _Inez Alexander    V.C.F  P.O. Box 767 Clayton, Al 36016_

    4. _____

    5. _____

    6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _April 17, 2006_

    _____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

    GROUND ONE: _4th Amo, Direct Violation of Bodily Privacy_

    _____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

_____

_____ SEE ATTACHED FACTUAL STATEMENTS _____

_____

_____

_____

GROUND TWO: _____ 14th Amendment Violation of Due Process/Equal Protection

_____

SUPPORTING FACTS: _____ SEE ATTACHED FACTUAL STATEMENT ___

_____

_____

_____

_____

GROUND THREE: _____

SUPPORTING FACTS: _____

_____

_____

_____

_____

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

We the plaintiffs want the court to Order the Prison to expunge the false

displinaries from our prison files and to Order the Warden to place a

partition between the urinal and the cubical so that the female officers

cannot see the male inmates genitals and file false reports upon the inmates
upon the male guards discovering that they are enticing the inmates to expose
their genitial for the females enjoyment and own pleasure.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on _January 3ʳᵈ / 07._
                (Date)

Signature of plaintiff(s)

Eric Spurling

Robert Casey

Ron Harris

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT                    6/11/06

DOC Form 225B (Revised 7/92)

1. INMATE : **Anthony Gray**          CUSTODY: **ME**        AIS NO.: **B/196022**

2. FACILITY: **VENTRESS CORRECTIONAL FACILITY**

3. The above named inmate is being charged by **Officer Inez Alexander** with a violation of rule **#38** specifically: **Indecent Exposure/Exhibitionism** from regulation # **403,** which occurred on or about **April 17, 2006 at (time) 9:40 AM**, Location: **Dorm 7B Urinal Area.** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You, inmate Anthony Gray, B/196022 were observed by Officer Alexander standing at the urinal stroking your exposed and erect penis while looking directly at Officer Alexander in the cubicle.**

5. **April 17, 2006**                          **Inez Alexander, COI**   *Inez Alexander, COI*
   Date                                        Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the _18th_ day of _April_, 2006, at (time) _7:55 am_ (am/pm).

7. *Felicia P. Williams, COI*                  *Anthony Gray  196022*
   Serving Officer / Signature / Rank          Inmate's Signature / AIS Number

8. Witnesses desired?  (NO) _____  YES _____
                        Inmate's Signature          Inmate's Signature

9. If yes, list: _____

10. Hearing Date _4-25-06_  Time _11:15 A.M._  Place _Dorm #7 Ice Room_

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is / is not) capable of representing himself.

    *Carolyn Longmire, COII*
    Signature / Hearing Officer

13. Plea: _____ (Not Guilty) _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    *Carolyn Longmire, COII*
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): ____Same as #4.____
    _____
    _____
    _____
    _____
    _____
    _____

                        Annex C to AR 403  ( Page 1 of 3 pages )

16. Inmate's Testimony: _See attached questions._

Witness: _N/A_    Substance of Testimony: _____

Witness: _N/A_    Substance of Testimony: _____

Witness: _N/A_    Substance of Testimony: _____

17. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.
    _See attached._    _Carolyn Longmire COII_
    Signature / Hearing Officer

18. The Following witnesses were not called    –    reason not called
    1. _N/A_
    2. _N/A_    _____
    3. _N/A_    _____

19. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that : _On 4-17-06, inmate Anthony Gray was observed by Officer Inez_
    _Alexander stroking his exposed penis at the urnial, which is a violation of rule #38-_
    _Indecent Exposure/Exhibitionism._

20. Basis for Finding of Fact: _Based on the arresting officer's testimony, which I accept, I_
    _find him guilty as charged._

21. Hearing Officer's Decision: _____X_____ Guilty    _x_ Major
    _____ Not Guilty    _____ Minor

22. Recommendation of Hearing Officer: _45 days disciplinary seg , 30 days loss of store, visit,_
    _and telephone privileges.10 days loss of Good Time._

    _Carolyn Longmire COII_
    Signature / Hearing Officer
    _Carolyn Longmire, COII_
    Typed Name and Title

23. Warden's Action - Date  _4·27·06_
    Approved
    Disapproved
    Other (specify)

    Reason if more then 30 calendar days delay in
    action. _____

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
    Named inmate on this the _28'_ day of _April_ 2006, at (time) _12'06_ (am / pm).

    _Kenneth J. Cargle COI_    _Refused to sign Kenneth J. Cargle COI_
    Signature / Serving Officer / Title    Inmate's Signature and AIS Number
    Annex C of AR 403 (page 2 of 3 pages)    _04/28/06_

Copy

of Question

Anthony Gray
196022

(1) Why did you ask me what I was doing at
the urinel one hour; And I want say
30 to 40 minute comming from Chow./ I Know what he was
doing.

(2) If I was masturbating at the urinel why
you didn't called me to the cubicle right then,
or radio for assistance. or ask for I.D/ I didn't
need to radio for assistant, I know what he was doing.

(3) How could you tell I I was stroking my
punis or stroking the urine off my
penis / It didn't take him that long to shake
urine from his penis.

(4) The Displinary states that I was stroking
My penis, Why did you wait intil
I come from chow And ask me what
I was doing/ I don't know what he is talking about when he
came from chow.

(5) Towhom it may concern, I had Surgery
last year, on my penis I have slow
Erection. I had this surgery In prison/
Irrevelant.

N266

# STATE OF ALABAMA

Department of Corrections
Inmate Stationery

Anthony Gray Jr.
196022
N Dorm / 28 B

April 25th /2006

Dq Carter

WARDEN Giles!

An I how Are you, I really hate to bother you; My Name is Anthony Gray Jr. This is my 3rd TIME here at your Prison, When I Found I oot you was From Tuscaloosa i should have introduce my self back Then, I Played Football at the UNIV. of Alabama in Tuscaloosa, My reason For writing you is very important if possible I NEED to SEE you today this matter has went to another level, I have Communicated with several of your officers on All 3 SHIFTs, An they recommend ME to SEE you, because its way oot of they hand.

~~this essay it will cause me~~
~~my family (DAUGHTER)~~

Anthony Gray Jr.

B. WARDEN Giles

Right is right An wrong is wrong two rights don't make a wrong!

# 196022

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

_Eric Sperling_ )   2007 JAN 19  A 9: 44
_____
Full name and prison number    DEBRA P. HACKETT, CLK
of plaintiff(s)                 U.S. DISTRICT COURT
                                MIDDLE DISTRICT ALA

v.                              )   CIVIL ACTION NO. _____
                                )   (To be supplied by Clerk of
_CO.1 Veronica Stringer_        )       U.S. District Court)
_____         )
_Sgt. B. Gordon_                )
_____         )
_Warden J.C. Giles_             )
_____         )
                                )
_____         )
                                )
_____         )
Name of person(s) who violated  )
your constitutional rights.     )
(List the names of all the      )
persons.)                       )

I.    PREVIOUS LAWSUITS
      A.   Have you begun other lawsuits in state or federal court
           dealing with the same or similar facts involved in this
           action?  YES ( )  NO ( ✓ )

      B.   Have you begun other lawsuits in state or federal court
           relating to your imprisonment?  YES ( )  NO ( ✓ )

      C.   If your answer to A or B is yes, describe each lawsuit
           in the space below.  (If there is more than one lawsuit,
           describe the additional lawsuits on another piece of
           paper, using the same outline.)

           1.    Parties to this previous lawsuit:

                 Plaintiff(s) _Veronica Stringer CO.1_
                 _Sgt. A Gordon_

                 Defendant(s) _____ _Eric Sperling_

           2.    Court (if federal court, name the district; if
                 state court, name the county) _____
                 _Middle District of Alabama_

3. Docket number _— NA —_

4. Name of judge to whom case was assigned _____
_— NA —_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _— NA-_

_____

6. Approximate date of filing lawsuit _- NA -_

7. Approximate date of disposition _- NA -_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress Correctional Facility, P.O. Box 767, Clayton, Alabama 36016._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. _Warden J.C. Giles, VCF, P.O. Box 767, Clayton Ala, 36016_

2. _Veronica Stringer VCF, P.O. Box 767 Clayton, Ala 36016_

3. _SGT Gordon / VCF P.O. Box 767, Clayton Ala 36016._

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _August / 06_

_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _14ᵗʰ Amendment Violation of Due Process/ Equal Protection_

2

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

ROBERT CASEY                        )
_____     )    2007 JAN 19  A  9: 43
Full name and prison number         )
of plaintiff(s)                          DEBRA P. HACKETT, CLK
                                         U.S. DISTRICT COURT
v.                                       MIDDLE DISTRICT  CIVIL ACTION NO. _____
                                    )    (To be supplied by Clerk of
J.C. Giles (WARDEN)                 )    U.S. District Court)
_____     )
CO I ROOSEVELT BROWN                )
_____     )
CO I Ammie Screws                   )
_____     )
                                    )
_____     )
                                    )
Name of person(s) who violated      )
your constitutional rights.         )
(List the names of all the          )
persons.)                           )

I.    PREVIOUS LAWSUITS
      A.   Have you begun other lawsuits in state or federal court
           dealing with the same or similar facts involved in this
           action?  YES ( )  NO ( ✓ )

      B.   Have you begun other lawsuits in state or federal court
           relating to your imprisonment?  YES ( )  NO ( — )

      C.   If your answer to A or B is yes, describe each lawsuit
           in the space below.  (If there is more than one lawsuit,
           describe the additional lawsuits on another piece of
           paper, using the same outline.)

           1.   Parties to this previous lawsuit:

                Plaintiff(s)  CO.1 Ammie Screws,
                _____
                CO.1 ROOSEVELT BROWN
                _____

                Defendant(s)  ROBERT CASEY
                _____

                _____

           2.   Court (if federal court, name the district; if
                state court, name the county) _____
                MiDDLE District Court
                _____
                of Alabama.

3. Docket number _____ -NA- _____

4. Name of judge to whom case was assigned ___ -NA- ___

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _ -NA- ___

_____

6. Approximate date of filing lawsuit _____ -NA- _____

7. Approximate date of disposition _____ -NA- _____

II. PLACE OF PRESENT CONFINEMENT _Ventress Correction Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress Correctional Facility, P.O. Box 767, Clayton Al 36016_

III. NAME <u>AND ADDRESS</u> OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                          ADDRESS

1. _WARDEN J.C. Giles, P.O. Box 767, Clayton Al 36016_

2. _C.O.I Ammie Screws, P.O. Box 767, Clayton Al 36016_

3. _C.O.I Roosevelt Brown, P.O. Box 767, Clayton Al 36016_

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _September 24/06_

_____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _4th Amendment violation of_ _Bodily Privacy_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.    (State as
best you can the time, place and manner and person involved.)

See Attached Factual STATEMENTS

GROUND TWO: _____

SUPPORTING FACTS: 14th Amendment violation of

Due Process / Equal Protection

GROUND THREE: _____

SUPPORTING FACTS: _____

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

1.  INMATE : **Robert Casey**          CUSTODY: **MI**          AIS NO.: **B/241411**

2.  FACILITY:   **VENTRESS CORRECTIONAL FACILITY**

3.  The above named inmate is being charged by **Officer Aimee Screws** with violation of rule # **38** specifically **Indecent Exposure/Exhibitionism** from Regulation # **403** which occurred on or about September 24, 2006 at (time) **7:10** (am/~~pm~~), Location: **Dorm 6A-Bathroom Urinal.**   A hearing on this charge will be held after 24 hours from service.

4.  Circumstances of the violation(s) are as follow: **You, Inmate Robert Casey, B/241411 were observed by Officer Ammie Screws standing at 6A bathroom urinal, stroking your penis in an upward and downward motion while looking directly at Officer Screws in Dorm #6 cubicle.**

5.  **September 24, 2006**                              **Ammie Screws, COI** _Ammie Screws COI_
    Date                                                 Arresting Officer / Signature / Rank

6.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __25__ day of __September__, 2006, at (time) __12:15__ (am/pm).

7.  _Roosevelt Brown COI_                          _Robert Casey 241411_
    Serving Officer / Signature / Rank              Inmate's Signature / AIS Number

8.  Witnesses desired?     NO _____        (YES _Robert Casey_)
                             Inmate's Signature            Inmate's Signature

9.  If yes, list: _Jordan Kirshberg_

10.  Hearing Date _____ Time _____ Place _____

11.  Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12.  A finding is made that inmate (is / is not) capable of representing himself.

    _____
    Signature / Hearing Officer

13.  Plea: _____ Not Guilty    _____ Guilty

14.  The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

    _____
    Signature / Hearing Officer

15.  Arresting Officer's testimony (at the hearing): _____
    _____
    _____
    _____
    _____
    _____
    _____

Annex C to AR 403 ( Page 1 of 3 pages )

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Ron Harris                 2007 JAN 19  A  9:42
─────────────────────────────
Full name and prison number
of plaintiff(s)                      DEBRA P. HACKETT, CLK
                                     U.S. DISTRICT COURT
                                     MIDDLE DISTRICT ALA

v.                                   CIVIL ACTION NO. _____
                                     (To be supplied by Clerk of
WARDEN J.C. Giles                     U.S. District Court)

LT. Mary TAYLOR

CO.1 Gloria Wheeler

─────────────────────────────

─────────────────────────────
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)


I.    PREVIOUS LAWSUITS
      A.   Have you begun other lawsuits in state or federal court
           dealing with the same or similar facts involved in this
           action?  YES ( )  NO ( ✓ )

      B.   Have you begun other lawsuits in state or federal court
           relating to your imprisonment?  YES ( )  NO ( ✓ )

      C.   If your answer to A or B is yes, describe each lawsuit
           in the space below.  (If there is more than one lawsuit,
           describe the additional lawsuits on another piece of
           paper, using the same outline.)

           1.   Parties to this previous lawsuit:

                Plaintiff(s)  LT. Mary TAYLOR, CO.1 Gloria Wheeler

                ──────────────────────────────────────────────

                Defendant(s)  Ron Harris
                ──────────────────────────────────────────────

                ──────────────────────────────────────────────

           2.   Court (if federal court, name the district; if
                state court, name the county) _____
                Middle District of Alabama

3. Docket number — NA —

4. Name of judge to whom case was assigned — NA —

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) — NA —

6. Approximate date of filing lawsuit — NA —

7. Approximate date of disposition — NA —

II. PLACE OF PRESENT CONFINEMENT Ventress Correctional Fac.

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Ventress Correctional Fac.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | WARDEN S.C. Giles, V.C.F. | P.O. Box 767, Clayton Ala 36016 |
| 2. | LT. Mary Taylor, V.C.F. | P.O. Box 767, Clayton Al 36016 |
| 3. | CO.I Gloria Wheeler, V.C.F. | P.O. Box 767, Clayton Al 36016 |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED OCTOBER 12, 2006.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 14th Amendment Violation of Due Process/ Equal Protection

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

SEE ATTACHED Factual STATEMENTS

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

# ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

DOC Form 225B (Revised 7/92)

1. INMATE : **Ron Harris**          CUSTODY: **ME**          AIS NO.: **B/230895**

2. FACILITY:  __VENTRESS CORRECTIONAL FACILITY__

3. The above named inmate is being charged by **Officer Gloria Wheeler** with a violation of rule **#38** specifically: **Indecent Exposure/Exhibitionism** from regulation # **403**, which occurred on or about **October 12, 2006 at (time) 1:15 PM**,  Location: **Health Care Rails.** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **You, inmate Ron Harris, B/230895 were observed by Officer Wheeler sitting on the rails of the Health Care Unit stroking your exposed penis in a upward and downward motion while staring at Officer Wheeler.**

5. **October 12, 2006**                    **Gloria Wheeler, COI** *(Gloria) Wheeler, COI*
   _____                    _____
   Date                                     Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the *13th* day of *October*, 2006, at (time) *1:27* (am/pm).

7. *Dennis Lewin COI*                       *Ron Harris 230895*
   _____                    _____
   Serving Officer / Signature / Rank       Inmate's Signature / AIS Number

8. Witnesses desired? (NO) *Ron Harris*          YES _____
                        Inmate's Signature           Inmate's Signature

9. If yes, list: _____

10. Hearing Date *10/25/06*     Time *11:37 Am*          Place *Admin*

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (is/is not) capable of representing himself.
    *Mark R Sr CO ST*
    _____
    Signature / Hearing Officer

13. Plea: *Ron Harris*      Not Guilty _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
    *Mark R Sr CO ST*
    _____
    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): He did this before and I should have written him up. It was in late in the day and I took the paperwork home with me and it slipped my mind. He has done it before.

_____
_____
_____

Annex C to AR 403 ( Page 1 of 3 pages )

16.  Inmate's Testimony:    That's where I was suppose to been at.  They called me there that day.  She could not see me from where she was.  It must be a vendetta against me.  It don't matter where I am.  I will be minding my business and she will get me.  She must have something personally against me.  She come to me because that's my history but I don't have a history, just one more disciplinary for a 38.

Witness:    N/A _____    Substance of Testimony: _____

_____

_____

Witness:    N/A _____    Substance of Testimony: _____

_____

_____

Witness:    N/A _____    Substance of Testimony: _____

17.  The Inmate was allowed to submit written question to all witnesses.
     **See attached**                        _Mary R Taylor CO ST_
                                             Signature / Hearing Officer

18.  The Following witnesses were not called        -    reason not called
     1.  N/A _____        _____
     2.  N/A _____        _____
     3.  N/A _____        _____

19.  After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
     The Hearing Officer finds that :    On October 12, 1006 at approximately 1:15 PM, in back of the HCU, Officer Gloria Wheeler did observe inmate Ron Harris, B/230895 stroking his exposed penis in an upward and downward motion while looking at Officer Wheeler.

20.  Basis for Finding of Fact:    Based on Officer Wheeler's sworn testimony that she did observe inmate Harris on the back of the HCU rails stroking his erect penis in a upward and downward motion while looking Officer Wheeler.  I do not believe inmate Harris testimony that he was not stroking his penis while setting on the rail at the HCU.

21.  Hearing Officer's Decision:        X    Guilty              X    Major
                                              Not Guilty               Minor

22.  Recommendation of Hearing Officer:    **45 Days Disciplinary Segregation**
     **(Inmate Harris has no CIT time)**

                                        _Mary R Taylor COST_
                                        Signature / Hearing Officer
                                        **Mary R. Taylor, COSI**
                                        Typed Name and Title

23.  Warden's Action – Date  **10-25-06**
     Approved
     Disapproved
     Other (specify)

     Reason if more then 30 calendar days delay in
     action. _____

25.  I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above
     Named inmate on this the  28  day of  October  2006, at (time)  745  (am / pm).

     _Roosevelt Brown COI_                   _Ron Harris 230895_
     Signature / Serving Officer / Title     Inmate's Signature and AIS Number
                                             Annex C of AR 403 (page 2 of 3 pages)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

ANTHONY GRAY,
ERIC SPURLING,
ROBERT CASEY,
RON HARRIS,
          Plaintiffs.

2007 JAN 19  A 9: 44

DEBRA P. HACKETT, CLR
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

VS,

MOTION FOR PRODUCTION OF DOCUMENT & FILES

J.C. Giles,Warden
Inez Alexander, Arresting Officer
Veronica Stringer, Arresting Officer
Carolyn Longmire, Hearing Officer
Sgt. Gordon,      Hearing Officer
Anade Screws,     Arresting Officer
Gloria Wheeler, Arresting Officer
Lt.Mary Taylor, hearing Officer

CIVIL ACTION NO:  _____

          individually and in their
          official capacities.

          Defendants

          Pursuant to 28 U.S.C.§1915 (e)(1) plaintiffs moves for an Order by this
Court for the Defendant to produce all relevant material, and legal documents
in the above styled cause relevant to this court determination of the merits of
the claims presented but not be excluded the following based on the fact the
document are in support of claims:

(1) All copied  statements, questions,and displinaries of all plaintiffs.

(2) All relevant finding of facts by the hearing officers to which they based
    their finding of guilt on.

(3) Plaintiff Gray's medical file. UPON SERGERY

(4) Defendant Alexander Personnel file.

(5) Any other relevant documents pertaining to the claims presented.

          Wherefore,plaintiff request that the Court Orders the named defendants to
produce and forward the same to this Honorable Court.