IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GRAY, JR., #196022, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv60-ID |
| | ) (WO) |
| INEZ ALEXANDER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On January 24, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2. the plaintiff's motion for a preliminary injunction be and the same is hereby DENIED; and

3. this case is hereby REFERRED back to the Magistrate Judge for additional proceedings relative to the claims presented in the plaintiff's complaint.

DONE this 21st day of February, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE0

.