```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005618
Cashier ID: christin
Transaction Date: 06/26/2008
Payer Name: CHILDERSBURG COMMUNITY WORK
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY GRAY JR
 Case/Party: D-ALM-2-07-CV-000060-001
 Amount:         $60.26
------------------------------------
CHECK
 Remitter: CHILDERSBURG COMM
 Check/Money Order Num: 7972
 Amt Tendered:   $60.26
------------------------------------
Total Due:       $60.26
Total Tendered:  $60.26
Change Amt:      $0.00

DALM207CV60-ID
```