```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005942
Cashier ID: khaynes
Transaction Date: 07/31/2008
Payer Name: CHILDERSBURG COMMUNITY WORK
------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY GRAY JR
 Case/Party: D-ALM-2-07-CV-000060-001
 Amount:         $189.67
------------------------------------
CHECK
 Check/Money Order Num: 8119
 Amt Tendered:   $189.67
------------------------------------
Total Due:       $189.67
Total Tendered:  $189.67
Change Amt:      $0.00
```