```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006158
Cashier ID: brobinso
Transaction Date: 08/19/2008
Payer Name: CHILDERSBURG COMMUNITY WORK
--------------------------------------
PLRA CIVIL FILING FEE
 For: ANTHONY GRAY JR
 Case/Party: D-ALM-2-07-CV-000060-001
 Amount:         $88.79
--------------------------------------
CHECK
 Check/Money Order Num: 8305
 Amt Tendered:   $88.79
--------------------------------------
Total Due:       $88.79
Total Tendered:  $88.79
Change Amt:      $0.00
```